**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIE CHRISTOPHER VASQUEZ, | ) NO. EDCV 09-1415-JVS (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 30, 2009

*/s/ James V. Selna*
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE